
SEALED
Unsealed 3-22-2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
MAR 10 2010
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| BILLY JOE PEREZ | § | C -10- 195 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about October 14, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

BILLY JOE PEREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of a mixture or substance containing cocaine base (also known as crack cocaine), that is, approximately eighteen and ninety-three hundredths (18.93) grams of a mixture or substance containing a cocaine base (also known as crack cocaine), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney